IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re:<br><br>Broughton Construction Co., LLC,<br><br>Debtor. | Case No. 23-00378-ELG |
| Wendell W. Webster, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>Jaycee Development LLC, et al.<br><br>Defendants. | Adv. Proc. 25-10052-ELG |

**DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

Defendants, Jaycee Development LLC (“Jaycee”) and James Crawford (“Crawford”) (collectively “Defendants”), by and through their undersigned Counsel, hereby Reply to Plaintiff's *Opposition to Motion to Dismiss* [Docket No. 18] and state as follows:

1. The Complaint fails to state supporting facts and the vague facts that are stated are inaccurate or outright false. The Trustee states there are no records of money going to the Debtor from the Defendants. The Trustee knows this to be false. The Trustee has financial records produced by the Defendants showing payments made to the Debtor by the Defendants. In fact, Defendants loaned more than two million dollars to the Debtor during the four years prior to the Petition Date. The records also show Defendants received loan repayments from the Debtor and, as acknowledged in the Debtor's Schedules, the Defendants continue to be owed as much as one million dollars or more by the Debtor.

2. Notwithstanding what the Trustee clearly knows, the Complaint fails to identify when, from whom or to whom payments were made by the Debtor. The Debtor borrowed money from the Defendants for which payments were made by the Debtor to the Defendants.

4. Even construing the Complaint in a light most favorable to the Plaintiff, it is significantly deficient, contains false statements and should be dismissed.

Dated: August 17, 2026

**Jaycee Development LLC**
**James Crawford, Individually**
By Counsel:

**KUTAK ROCK LLP**

/s/ *Craig B. Young*
Craig B. Young (D.C. Bar 379788)
1133 Connecticut Avenue, NW, Suite 1200
Washington, D.C. 20036
(202) 828-2400
craig.young@kutakrock.com

**BUCKMANLEGAL , PLLC**
Steven M. Buckman (D.C. Bar 321133)
1808 Florida Avenue, NW
Washington, D.C. 20009
(202) 351-6100 Ext. 2
buckman@buckmanlegal.com

**Certificate of Service**

I hereby certify on August 17, 2026 a copy of the foregoing Reply to Opposition to Motion to Dismiss was filed with this Court, served on the following through CM/ECF and separately served, pursuant to agreement of the Parties, by electronic mail on:

Wendell W. Webster, Chapter 7 Trustee
Webster & Fredrickson PLLC
1101 Connecticut Avenue, NW, Suite 402
Washington, D.C. 20036
wwebster@websterfredrickson.com

Justin P. Fasano, Esquire
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
jfasano@mhlawyers.com
*Counsel for the Trustee*

Christopher L. Rogan, Esquire
RoganMillerZimmerman, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, VA 20176
crogan@RMZLawFirm.com
*Counsel for the Debtor*

/s/ *Craig B. Young*
Craig B. Young